# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-56013 |
| Case Title | J.L.D., a minor, by and through her GAL, Shenaiah Draper v. City of Los Angeles, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | February 7, 2013 | Time | 9:00 a.m. | Courtroom | 3 |

| | |
|---|---|
| Location | The Richard H. Chambers U.S. Court of Appeals Bldg., 125 S. Grand Ave., Pasadena, CA |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Jamon R. Hicks, Esq. |
| Address | 4929 Wilshire Blvd., Suite# 1010 |

| | | | | | |
|---|---|---|---|---|---|
| City | Los Angeles | State | CA | Zip Code | 90010 |

| | | | |
|---|---|---|---|
| Phone | (323) 435-8205 | Email Address | jhicks@cochranfirm.com |

| | |
|---|---|
| Party/parties represented | J.L.D., a minor, by and through her Guardian Ad Litem, Shenaiah Draper |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Jamon R. Hicks | Date | November 21, 2013 |

## Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250